

# THE THIRTEENTH COURT OF APPEALS

---

### 13-21-00241-CV

---

Azteca International Corporation d/b/a Azteca America, Stations Group, LLC, Northstar McAllen License, LLC, TV Azteca, S.A.B. de C.V., Publimax, S.A. de C.V., and Patricia Chapoy

v.

Gloria de los Angeles Trevino Ruiz, Angel Gabriel de Jesus Trevino, and Armando Ismael Gomez Martinez

---

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1027-09-C

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

December 29, 2022